```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/8/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

Godfrie Cole,

                      Defendant.

24 Cr. 57 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    An initial conference in this matter shall be scheduled for **February 20, 2024**, at **11:30 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: February 8, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge