```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

GODFRIE COLE,

                Defendant.

24 Cr. 57 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference scheduled for April 23, 2024, is ADJOURNED to **April 30, 2024**, at **1:30 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: March 13, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge