UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

GODFRIE COLE,

                Defendant.

24-CR-057 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    For the reasons stated on the record at today's conference, the Court adjourns trial in this case *sine die*. The next conference in this case is scheduled for **July 8, 2024** at **11 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until July 8, 2024.

    SO ORDERED.

                                          *Paul A. Engelmayer*
                                          PAUL A. ENGELMAYER
                                          United States District Judge

Dated: May 1, 2024
       New York, New York