UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

GODFRIE COLE,

Defendant.

24-CR-057 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court schedules a

competency hearing in this matter for **August 15, 2024** at **10:00 a.m.** in **Courtroom 1305** of the

Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.  Time is excluded, pursuant to

18 U.S.C. § 3161(h)(7)(A), until **August 15, 2024**.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: August 8, 2024
New York, New York