UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | 24-CR-057 (PAE) |
| -v- | ORDER |
| GODFRIE COLE, | |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

The Court has been notified that defendant Godfrie Cole, whom this Court sentenced in April to a term principally of 48 months imprisonment, had died on Tuesday, July 21, 2026, while in custody in the Metropolitan Detention Center.  The Court has since received letters from Mr. Cole's defense counsel, seeking a hearing at which the Government and/or the Bureau of Prisons ("BOP") would address the circumstances of Mr. Cole's death and the timing of any investigation into it.  *See* Dkt. 31, 34.  The Court has also received a letter from Government counsel, explaining that Mr. Cole – whom the Court had recommended serve his sentence at a BOP medical facility – had remained at the MDC not on account of the prosecution in this District, but on account of an indictment brought this year in the Eastern District of New York that is pending before Judge Joan M. Azrack.  *See* Dkt. 33 (citing *United States v. Cole*, 26 Cr. 156 (JMA)).  The Government reports that Mr. Cole was charged in the Eastern District case on April 13, 2026 and arraigned on the Indictment in that District on June 16, 2026.

The Court extends its deep condolences to Mr. Cole's family on his untimely death.

The Court is fully supportive of the efforts of Mr. Cole's family, through counsel, to promptly learn the circumstances of his passing.  The Court has conferred this morning with

1

Judge Azrack.  We have agreed that, because Mr. Cole was in the MDC at the time of his death

on account of the case pending in the Eastern District, it is appropriate that inquiries along the

lines made by defense counsel be directed to Judge Azrack.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: July 28, 2026
       New York, New York

2