UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

GODFRIE COLE,

Defendant.

24-CR-057 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court earlier today issued an order with respect to the untimely death of Godfrie Cole, in which it directed counsel to direct inquiries about Mr. Cole's death to Judge Azrack in the Eastern District of New York ("EDNY"). *See* Dkt. 35. The Court has been notified that its order incorrectly stated that Mr. Cole had been charged in the EDNY case on April 13, 2026. In fact, the Court has been notified, the alleged assault that is the basis for the charges in the EDNY case occurred on April 13, 2026, and Mr. Cole was charged in the EDNY on June 2, 2026. The Court apologizes for this error. This order does not alter the direction given to counsel in the earlier order

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: July 28, 2026
New York, New York